

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00093-CR
No. 02-20-00094-CR
No. 02-20-00095-CR

———————————————

## Ex parte Jeffery Todd Cross

---

On Appeal from the 362nd District Court
Denton County, Texas
Trial Court Nos. F20-1053-362, F20-1054-362, 20-3762-16

---

Before Sudderth, C.J.; Womack and Wallach, JJ.
Memorandum Opinion by Justice Womack

# MEMORANDUM OPINION

Appellant Jeffery Todd Cross has moved to dismiss his appeal of the trial court's denial of his application for a pretrial writ of habeas corpus. Because we have not yet decided this case, we grant the motion and dismiss the appeal as moot. *See* Tex. R. App. P. 42.2(a), 43.2(f).

/s/ Dana Womack

Dana Womack
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: July 30, 2020